## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE D. JOHNSON, <u>et al.</u>,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 03-0641-CG-L** |
| | ) | |
| **SOUTHERN ENERGY HOMES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUDGMENT

In accordance with the order entered this date granting defendant's motion for summary judgment,it is **ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED WITH PREJUDICE.**

**DONE and ORDERED** this 23rd day of May, 2005.

/s/ Callie V. S. Granade
CHIEF U.S. DISTRICT JUDGE